| 1. Name | | 3. Period Covered by Work Week Ending Dates |
|---|---|---|
| Rapheal Al-Amin | | 06/03/2018 to 07/29/2018 |
| Farrakhan Ameen | | 07/31/2016 to 11/06/2016 |
| Dante Anderson | | 07/31/2016 to 08/12/2018 |
| Rachel Austin | | 10/22/2017 to 03/11/2018 |
| Sherwiniea Clark | | 09/24/2017 to 07/15/2018 |
| Nathan Gilchrist | | 11/19/2017 to 08/26/2018 |
| Kenneth Gunter | | 07/31/2016 to 07/31/2016 |
| Alan Haines | | 05/06/2018 to 05/06/2018 |
| Ta'Ron Harbin | | 09/25/2016 to 09/25/2016 |
| Phillip Hardin | | 08/14/2016 to 10/08/2017 |
| Tamyale McCurry | | 08/14/2016 to 05/20/2018 |
| Brandon Miller | | 10/08/2017 to 11/05/2017 |

EXHIBIT 1

| Name | Dates |
|---|---|
| Darquell Mooring | 05/21/2017 to 12/17/2017 |
| Andre Pittman | 10/08/2017 to 09/09/2018 |
| Andrew Reid | 07/31/2016 to 07/31/2016 |
| Daniel Scholti | 09/25/2016 to 07/01/2018 |
| David Scholti | 11/06/2016 to 08/26/2018 |
| Darnell Shields | 12/31/2017 to 08/26/2018 |
| Steven Soeder | 12/31/2017 to 03/11/2018 |
| Colleen Stewart | 11/19/2017 to 06/03/2018 |
| Lawasa Wilder | 10/08/2017 to 08/26/2018 |
| Brandon Williams | 01/15/2017 to 09/24/2017 |
| Calvin Williams | 07/31/2016 to 10/08/2017 |
| Evan Williams | 09/25/2016 to 09/25/2016 |
| Lashawn Williams | 08/14/2016 to 09/09/2018 |

EXHIBIT 1